**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

_____

CHARLES ADAM FIECHTNER, SR.,        CV 11-23-M-DWM-JCL

           Plaintiff,

                                 ORDER

      vs.

MISSOULA HOUSING AUTHORITY,
AMELIA LIONS, JOHN ELLIS,
BRENDA COSTA, JACOB JONES,
and J. HACK,

           Defendants.

_____

Plaintiff Charles Adam Fiechtner, Sr. has submitted for filing an untitled document dated February 7, 2011. The substance of the document relates to Fiechtner's claim for housing advanced in this action. Therefore, the Court deems it appropriate to file the document in this action.

Although the referenced document is signed by Fiechtner, it is also signed by Patricia Ann Reed in her purported capacity as a co-petitioner and Fiechtner's co-tenant. The document appears to be prepared by Patricia Reed, but she does not assert any claims on her own behalf — she does not advance any claims for relief to which she alleges she is entitled. Rather, the substance of the document asserts matters relevant only to Fiechtner's claim that Defendants should place him

in housing.  Thus, it appears that Reed prepared the document on behalf of Fiechtner, and that she is attempting to assist Fiechtner in this action.

As stated in the Court's Order entered February 7, 2011, Reed may not represent other parties in litigation filed in federal court.  *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664-65 (9th Cir. 2008) (citing numerous cases baring pro se litigants from representing other parties).  Reed may not represent Fiechtner in this case, and she may not prepare, sign, and file documents on behalf of Fiechtner.

Based on the foregoing, **IT IS HEREBY ORDERED** the February 7, 2011 document discussed above shall be filed in this action, but it is **STRICKEN** from the record because Reed is not permitted to represent Fiechtner in this litigation.

DATED this 11th day of February, 2011.

 /s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge